UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN FLYNN, et al., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Action No. 04-2115 (RBW) |
| SOUTHERN SEAMLESS FLOORS, INC., | | |
| Defendant. | | |

**ORDER**

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the traveling contractors clause found in the 2003 collective bargaining agreement between the defendant and the Bricklayers and Allied Craftworkers Local Union No. 32 of Michigan requires the defendant to abide by the standard Bricklayers collective bargaining agreement in effect in a foreign jurisdiction in which it performs covered work, whether or not the defendant is a signatory to the foreign agreement.  In accordance with the parties' Joint Motion to Modify Scheduling Order, it is further

**ORDERED** that all discovery in this matter shall be completed by February 26, 2007.  It is further

**ORDERED** that dispositive motions shall be filed by April 27, 2007.  Oppositions thereto shall be filed by May 28, 2007, and replies, if any, shall be filed by June 11, 2007.  It is further

**ORDERED** that a status conference shall be held in this matter on September 14, 2007, at 9:00 a.m.

**SO ORDERED** this 26th day of October, 2006.

REGGIE B. WALTON
United States District Judge